In the Matter of the Accounting of EUGENE P. SUMMERSON et al., as Executors of ROBERT G. REESE, Deceased, Respondents.

LOUISE DEL. REESE, Appellant; PHOEBE S. PETERSON et al., Respondents.

(Argued October 18, 1932; decided November 22, 1932.)

*Harrison Tweed* and *John E. Lockwood* for appellant.
*John McKim Minton, Jr.*, and *W. H. L. Edwards* for
Eugene P. Summerson et al., as executors, etc.,
respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.